# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:25-cv-80 |
| ) | |
| vs. ) | **ORDER TO SHOW CAUSE** |
| ) | |
| Rodney Gerald Richter, ) | |
| ) | |
| Defendant. ) | |

The United States filed a complaint on April 8, 2025. (Doc. 1). No certificate has been filed indicating defendant has been served with the summons and complaint. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ P. 4(m). It is **ORDERED** that the United States show cause why the case should not be dismissed without prejudice for failure to effectuate service. The United States shall have until September 15, 2025, to serve defendant and to file a certificate or waiver of service or to show cause in response to the court's order. If the United States does not respond by September 15, 2025, the case may be dismissed.

**IT IS SO ORDERED**.

Dated this 14th day of August, 2025.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge