IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY GERALD RICHTER,<br><br>Defendant. | Case No. 3:25-cv-80<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, hereby shows cause that the above-captioned case should not be dismissed.

The United States filed a complaint in the above-captioned matter on April 8, 2025. Personal service was made on the Defendant on April 11, 2025. However, the United States failed to file the certificate of service with the Court. The Proof of Service is attached Exhibit 1.

Dated: August 15, 2025

                                              JENNIFER KLEMETSRUD PUHL
                                              Acting United States Attorney

                   By:     /s/ *Matthew D. Greenley*
                              MATTHEW D. GREENLEY
                              Assistant United States Attorney
                              MN Bar ID 034252X
                              655 First Avenue North, Suite 250
                              Fargo, ND  58102-4932
                              (701) 297-7400
                              matthew.greenley@usdoj.gov
                              Attorney for United States

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, the above-named document was filed electronically with the Clerk of Court through ECF.

I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participant(s):

>Rodney Gerald Richter
>520 6th Ave W, Unit 2
>West Fargo, ND 58078

Dated:  August 15, 2025

*/s/ Alyssa Klever*
ALYSSA KLEVER
Office of the United States Attorney