IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY GERALD RICHTER,<br><br>Defendant. | Case No. 3:25-cv-00080<br><br>**UNITED STATES' MOTION TO CONTINUE STATUS CONFERENCE** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, hereby moves the Court for an order continuing the status conference currently scheduled for August 27, 2025, at 10:00 a.m. The undersigned will be out of the office until September 2, 2025. The United States respectfully moves the Court to continue the hearing until after September 2, 2025.

Dated: August 19, 2025

JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

By:  /s/ *Matthew D. Greenley*
MATTHEW D. GREENLEY
Assistant United States Attorney
MN Bar ID 034252X
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
matthew.greenley@usdoj.gov
Attorney for United States

## CERTIFICATE OF SERVICE

    I hereby certify that on August 19, 2025, the above-named document was filed electronically with the Clerk of Court through ECF.

    I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participant(s):

> Rodney Gerald Richter
> 520 6th Ave W, Unit 2
> West Fargo, ND 58078

Dated: August 19, 2025

*/s/ Alyssa Klever*
ALYSSA KLEVER
Office of the United States Attorney