UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

United States of America,

Plaintiff,

v.

Case No: 3:25-cv-80

Rodney Gerald Richter,

Defendant.

## CLERK'S MINUTES
Proceeding: Status Conference
(via telephone)

| | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Alice R. Senechal | Date: September 4, 2025 |
| Deputy Clerk: Sarah Lien | Time: 9:00 am |
| Law Clerk: Bridget Grathwohl | Recess: 9:06 am |
| Digital Recorder: 250904-000.mp3 (JS Chambers Recorder) | |

Counsel for Plaintiffs: Matthew Greenley, AUSA
Pro Se Defendant: Rodney Richter

Court calls case and appearances are noted.

Attorney Greenley proposes filing a consent order.

Court explains the process and questions defendant regarding consulting with an attorney. Mr. Richter responds.

Attorney Greenley will mail the proposal to Mr. Richter this week.

Recess.